1  WRIGHT, FINLAY & ZAK, LLP
   Lindsay D. Robbins, Esq.
2  Nevada Bar No. 13474
3  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
4  (702) 475-7964; Fax: (702) 946-1345
   lrobbins@wrightlegal.net
5  *Attorney for Plaintiff, Wells Fargo Bank, N.A., As Trustee For The Pooling And Servicing*
6  *Agreement Dated As Of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through*
   *Certificates Series 2005-WHQ4*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2005 PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WHQ4, <br><br> Plaintiff, <br> vs. <br><br> FIDELITY NATIONAL TITLE INSURANCE COMPANY and LAWYERS TITLE INSURANCE CORPORATION, <br><br> Defendants. | Case No.: 3:19-cv-00237-LRH-WGC <br><br> **ORDER GRANTING** <br> **NOTICE OF DISASSOCIATION** <br> **AND WITHDRAWAL OF COUNSEL** |

Plaintiff, Wells Fargo Bank, N.A., As Trustee For The Pooling And Servicing Agreement Dated As Of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4 (hereinafter referred to as "Wells Fargo"), by and through its attorney of record of the law firm of Wright, Finlay & Zak, LLP, hereby gives notice that Matthew S. Carter, Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP.

///

///

Wright Finlay & Zak, LLP will continue to represent Wells Fargo and requests that Lindsay D. Robbins, Esq. receive all future notices.

DATED this 29th day of January, 2020.

        WRIGHT, FINLAY & ZAK, LLP

        */s/ Lindsay D. Robbins, Esq.*
        Lindsay D. Robbins, Esq.
        Nevada Bar No. 13474
        7785 W. Sahara Ave., Suite 200
        Las Vegas, NV 89117
        *Attorney for Plaintiff, Wells Fargo Bank, N.A., As Trustee For The Pooling And Servicing Agreement Dated As Of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4*

## ORDER

IT IS SO ORDERED.

DATED: January 30, 2020.

_William G. Cobb_____
UNITED STATES MAGISTRATE JUDGE