UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WELLS FARGO BANK, N.A.<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY<br><br>　　　　　　　　　　Defendant. | Case No. 3:19-CV-00237-LRH-CSD<br><br>MINUTE ORDER<br><br>April 11, 2022 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING　　　REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):　　　NONE APPEARING

COUNSEL FOR DEFENDANT(S):　　　NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

　　　On November 27, 2019, the Court instituted a stay pending disposition of the appeal in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGC).[1] ECF No. 15. The Ninth Circuit has since issued a memorandum that resolved the appeal and remanded the case to the district court. Accordingly, the Court lifts the stay in this case and refers it to U.S. Magistrate Judge Craig S. Denney for the purpose of conducting a status conference.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　DEBRA K. KEMPI, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　By:　　　　/s/　　　　

　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

---

[1] Following the retirement of Judge William Cobb, the case number was changed to 3:19-cv-00241-MMD-CSD.