**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2005 PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WHQ4, <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE INSURANCE COMPANY, <br><br> Defendant. | Case No.: 3:19-cv-00237-LRH-CSD <br><br> **ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 25]** <br><br> **[First Request]** |

COMES NOW Plaintiff, Wells Fargo Bank, N.A., as Trustee for the Pooling and Servicing Agreement Dated as of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4 ("Wells Fargo") and Defendant Fidelity National Title Insurance Company ("FNTIC"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On May 20, 2022, Wells Fargo filed its First Amended Complaint [ECF No. 24];
2. On June 8, 2022, FNTIC filed a Motion to Dismiss [ECF No. 25];
3. Wells Fargo's deadline to respond to FNTIC's Motion to Dismiss is currently June 22, 2022;

4. Wells Fargo's counsel is requesting a brief extension until Monday, June 27, 2022, to file its response to the pending Motion to Dismiss;

5. This extension is requested to allow counsel for Wells Fargo additional time to review and respond to the points and authorities cited to in the pending Motions;

6. Counsel for FNTIC does not oppose the requested extension;

7. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 22nd day of June, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee for the Pooling and Servicing Agreement Dated as of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4*

DATED this 22nd day of June, 2022.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Ventura Boulevard, Suite 400
Encino, California 91436
*Attorney for Defendant, Fidelity National Title Insurance Company*

**IT IS SO ORDERED.**

Dated this 23rd day of June, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE