WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee for the Pooling and Servicing Agreement Dated as of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2005 PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WHQ4,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 3:19-cv-00237-MMD-CSD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S OPPOSITION AND COUNTERMOTION [ECF No. 38-39]**<br><br>**(Second Request)** |

Plaintiff, Wells Fargo Bank, N.A., as Trustee for the Pooling and Servicing Agreement Dated as of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4 ("Wells Fargo"), and Defendant Fidelity National Title Insurance Company ("Fidelity", collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On July 21, 2022, Wells Fargo filed a Motion for Partial Summary Judgment [ECF No. 33].

2. On August 10, 2022, Fidelity filed its Opposition to Wells Fargo's Motion for Partial Summary Judgment [ECF No. 38] and filed a Countermotion for Partial Summary

1  Judgment [ECF No. 39].

2  3. Wells Fargo's deadline to respond to Fidelity's Opposition and Fidelity's Countermotion is September 30, 2022 [ECF No. 48].

4. Due to an unforeseen personal emergency of counsel, Wells Fargo requests a brief five (5) day extension of time to file its response to Fidelity's Opposition to Wells Fargo's Motion for Partial Summary Judgment [ECF No. 38] and Fidelity's Countermotion for Partial Summary Judgment [ECF No. 39], such that the new deadlines are October 5, 2022.

5. Counsel for Fidelity does not oppose the requested extension.

6. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 30th day of September, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee for the Pooling and Servicing Agreement Dated as of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4*

DATED this 30th day of September, 2022.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Ventura Boulevard, Suite 400
Encino, California 91436
*Attorney for Defendant, Fidelity National Title Insurance Company*

**IT IS SO ORDERED.**

Dated this  3rd   day of   October        , 2022.

_____
UNITED STATES DISTRICT COURT JUDGE