**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., | 3:19-cv-00237-MMD-CSD |
| Plaintiff, | |
| v. | **ORDER** |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, | |
| Defendant. | |

 Pursuant to the court's telephonic status conference scheduled on **Monday, October 31, 2022, at 10:00 a.m.** (ECF No. 37), the parties shall meet and confer and file a proposed Discovery Plan and Scheduling Order on or before close of business on **Thursday, October 27, 2022**.

 **IT IS SO ORDERED.**

 DATED:  October 11, 2022.

_____
UNITED STATES MAGISTRATE JUDGE