Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
  slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>    Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al.<br><br>    Defendant. | Case No.: 3:19-CV-00237-MMD-WGC<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE TO REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**FIRST REQUEST** |

    COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

    1.    On July 21, 2022, Wells Fargo filed its motion for partial summary judgment (ECF No. 33);



1
**STIPULATION AND ORDER**

2. On August 10, 2022, Fidelity filed its response to Wells Fargo's motion for partial summary judgment and filed its countermotion for partial summary judgment (ECF Nos. 38, 39);

3. On October 5, 2022, Wells Fargo filed its reply in support of its motion for partial summary judgment and response to Fidelity's countermotion for partial summary judgment (ECF Nos. 51, 52);

4. Fidelity's current deadline to file its reply memorandum supporting its countermotion is October 19, 2022;

5. Fidelity requests a brief, two-week extension of time to file the aforementioned memorandum, through and including November 1, 2022, to afford Fidelity additional to respond to the legal arguments set forth in Wells Fargo's brief;

6. Wells Fargo does not oppose the requested extension;

7. This is the first request for an extension, which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that Fidelity's deadline to file its reply memorandum supporting its countermotion for partial summary judgment is hereby extended through and including November 1, 2022.

Dated:  October 18, 2022        SINCLAIR BRAUN LLP

By: _/s/-Kevin S. Sinclair_
KEVIN S. SINCLAIR
Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated:  October 18, 2022        WRIGHT FINLAY & ZAK, LLP

By: _/s/-Darren T. Brenner_
DARREN T. BRENNER
Attorneys for Plaintiff
WELLS FARGO BANK, N.A.

**IT IS SO ORDERED.**

Dated this __18th__ day of __October__, 2022

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

