X___ FILED          _____ RECEIVED
_____ ENTERED      _____ SERVED ON
          COUNSEL/PARTIES OF RECORD

OCT 31, 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee for the Pooling and Servicing Agreement Dated as of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2005 PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WHQ4, <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE INSURANCE COMPANY, <br><br> Defendant. | Case No.: 3:19-cv-00237-MMD-CSD <br><br> **ORDER GRANTING STIPULATION AND ORDER TO STAY DISCOVERY PENDING RULING ON DISPOSITIVE MOTIONS [ECF Nos. 25, 33 and 39]** |

Plaintiff, Wells Fargo Bank, N.A., as Trustee for the Pooling and Servicing Agreement Dated as of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4 ("Wells Fargo"), and Defendant Fidelity National Title Insurance Company ("Fidelity", collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on May 20, 2022, Wells Fargo filed its First Amended Complaint in the instant action [ECF No. 24];

**WHEREAS**, on June 8, 2022, Fidelity filed its Motion to Dismiss Wells Fargo's First Amended Complaint [ECF No. 25];

1    **WHEREAS**, Fidelity's Motion to Dismiss has been fully briefed and is pending the

2    Court's decision [ECF No. 25 & 35];

3    **WHEREAS**, on July 21, 2022, Wells Fargo filed its Motion for Partial Summary

4    Judgment [ECF No. 33];

5    **WHEREAS**, Wells Fargo's Motion for Partial Summary Judgment has been fully briefed

6    and is pending the Court's decision [ECF No. 38 & 51];

7    **WHEREAS**, on August 10, 2022, Fidelity filed a Counter-Motion for Partial Summary

8    Judgment [ECF No. 39];

9    **WHEREAS**, Fidelity's Reply in support of its Counter-Motion for Partial Summary

10   Judgment is currently due November 1, 2022 [ECF No. 55];

11   **WHEREAS**, while this Court recently issued several coverage rulings on motions to

12   dismiss and motions for partial summary judgment in other similar lender v. title insurer cases,

13   this case involves unique issues not previously raised in dispositive motions with this Court,

14   including the breach of the duty to defend;

15   **WHEREAS**, in the interests of judicial economy, the Parties would like to stay discovery

16   in this case pending the Court's ruling on the new issues.

17   **NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby

18   stipulate and agree as follows:

19   1.  The Parties stipulate and agree that this case shall be **STAYED** pending the Court's

20   decision on the pending dispositive motions [ECF Nos. 25, 33 and 39];

21   2.  Nothing contained in this stipulation will affect any pending dispositive motions or

22   prevent the Parties from filing any additional dispositive motions.

23   3.  Each of the Parties may request a further Fed R. Civ. P. 26(f) conference at any time

24   180 days after the order granting this Stipulation.

25   4.  By entering into this Stipulation, none of the Parties is waiving its right to subsequently

26   move the Court for an order lifting the stay in this action.

27

28

5. Notwithstanding this Stipulation, the Parties may continue to conduct third-party discovery (including by issuing and enforcing third-party subpoenas) to preserve evidence.

6. In the event the dispositive motions are denied, the Parties will submit a proposed discovery plan within thirty (30) days of the Court's Order.

**IT IS SO STIPULATED.**

DATED this 26th day of October, 2022.

DATED this 26th day of October, 2022.

WRIGHT, FINLAY & ZAK, LLP

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Wells Fargo Bank,*
*N.A., as Trustee for the Pooling and Servicing*
*Agreement Dated as of August 1, 2005 Park*
*Place Securities, Inc. Asset-Backed Pass-*
*Through Certificates Series 2005-WHQ4*

*/s/ Sophia S. Lau*
Sophia S. Lau, Esq.,
Nevada Bar No. 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
*Attorney for Defendant, Fidelity National*
*Title Insurance Company*

**IT IS SO ORDERED.**

Dated this __31st__ day of __October__, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE