1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
     *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Kevin S. Sinclair, NV Bar No. 12277
7    *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN LLP
8  16501 Ventura Blvd, Suite 400
   Encino, California 91436
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
   Attorneys for Defendant
11 FIDELITY NATIONAL TITLE INSURANCE COMPANY

12 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
13
   Gary L. Compton, State Bar No. 1652
14 2950 E. Flamingo Road, Suite L
   Las Vegas, Nevada 89121
15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al.<br><br>Defendant. | Case No.: 3:19-CV-00237-MMD-WGC<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE TO REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**SECOND REQUEST** |

COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1.   On July 21, 2022, Wells Fargo filed its motion for partial summary judgment (ECF No. 33);

1
**STIPULATION AND ORDER**

2. On August 10, 2022, Fidelity filed its response to Wells Fargo's motion for partial summary judgment and filed its countermotion for partial summary judgment (ECF Nos. 38, 39);

3. On October 5, 2022, Wells Fargo filed its reply in support of its motion for partial summary judgment and response to Fidelity's countermotion for partial summary judgment (ECF Nos. 51, 52);

4. On October 19, 2022, the District Court granted a Fidelity a two-week extension of its deadline to file its reply memorandum supporting its countermotion, through and including November 1, 2022 (ECF No. 55);

5. Fidelity requests a brief, two-week extension of time to file the aforementioned memorandum, through and including November 15, 2022, to afford Fidelity additional to respond to the legal arguments set forth in Wells Fargo's brief;

6. Wells Fargo does not oppose the requested extension;

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//



2
**STIPULATION AND ORDER**

7. This is the second request for an extension, which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that Fidelity's deadline to file its reply memorandum supporting its countermotion for partial summary judgment is hereby extended through and including November 15, 2022.

Dated: November 1, 2022　　　　　SINCLAIR BRAUN LLP

By: _/s/-Kevin S. Sinclair_
KEVIN S. SINCLAIR
Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated: November 1, 2022　　　　　WRIGHT FINLAY & ZAK, LLP

By: _/s/-Lindsay D. Dragon_
LINDSAY D. DRAGON
Attorneys for Plaintiff
WELLS FARGO BANK, N.A.

**IT IS SO ORDERED.**

Dated this _2nd_ day of _November_, 2022

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

