1  WRIGHT, FINLAY & ZAK, LLP
   Darren T. Brenner, Esq.
2  Nevada Bar No. 8386
   Lindsay D. Dragon, Esq.
3  Nevada Bar No. 13474
   7785 W. Sahara Ave., Suite 200
4  Las Vegas, NV 89117
5  (702) 475-7964; Fax: (702) 946-1345
   dbrenner@wrightlegal.net
6  ldragon@wrightlegal.net
7  *Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee for the Pooling and Servicing Agreement Dated as of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2005 PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WHQ4, | Case No.: 3:19-cv-00237-MMD-CSD |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |
| vs. | |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff, Wells Fargo Bank, N.A., as Trustee for the Pooling and Servicing Agreement Dated as of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4 and Defendant, Fidelity National Title Insurance Company (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

Page 1 of 2

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 27th day of September, 2023.　　　DATED this 27th day of September, 2023.

WRIGHT, FINLAY & ZAK, LLP　　　　　　　　SINCLAIR BRAUN KARGHER LLP

*/s/ Lindsay D. Dragon*　　　　　　　　　　　*/s/ Kevin S. Sinclair*
Lindsay D. Dragon, Esq.　　　　　　　　　　Kevin S. Sinclair, Esq.
Nevada Bar No. 13474　　　　　　　　　　　Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200　　　　　　　15260 Ventura Blvd., Ste 715
Las Vegas, NV 89117　　　　　　　　　　　Sherman Oaks, California 91403
*Attorney for Plaintiff, Wells Fargo Bank,*　　　*Attorneys for Defendant, Fidelity National*
*N.A., as Trustee for the Pooling and*　　　　　*Title Insurance Company*
*Servicing Agreement Dated as of August 1,*
*2005 Park Place Securities, Inc. Asset-*
*Backed Pass-Through Certificates Series*
*2005-WHQ4*

**IT IS SO ORDERED.**

DATED: 9/28/2023

_____
Chief U.S. District Judge